# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:18-cv-03288-RM-KLM

OUTDOOR EDGE CUTLERY CORPORATION,

        Plaintiff,

  v.

IASISLAB, LLC,

        Defendant.

## NOTICE OF DISMISSAL

Plaintiff Outdoor Edge Cutlery Corporation ("Plaintiff"), by and through its undersigned counsel, hereby submits the following Notice of Dismissal with Prejudice as follows:

Plaintiff and Defendant, IASISLAB, LLC, d/b/a All2Shop ("Defendant") have entered into a written settlement agreement, which resolves all claims asserted in the above-captioned case. Plaintiff hereby provides notice to the Court that they wish to dismiss all claims that have been or that could have been asserted by Plaintiff against Defendant, with prejudice, in the above captioned case. Plaintiff and Defendant shall be responsible for their own respective attorneys' fees and costs.

WHEREFORE, Plaintiff respectfully requests that the Court dismiss all claims against Defendant, IASISLAB, LLC, d/b/a All2Shop with prejudice.

2

Dated:  February 27, 2019	Respectfully Submitted,


By:	*/s/ Ian R. Walsworth*
Ian R. Walsworth
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln Street, Suite 4000
Denver, Colorado 80203
303.861.7760

*Attorneys for Plaintiff Outdoor Edge Cutlery Corporation*